**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6524**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM SYKES, a/k/a Black,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:13-cr-00350-LMB-3)

Submitted:  October 16, 2025                    Decided:  October 21, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Sykes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Sykes appeals the district court's order denying his motions for a sentence reduction under the First Step Act of 2018 and for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).   We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order.  *United States v. Sykes*, No. 1:13-cr-00350-LMB-3 (E.D. Va. June 2, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*